UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **MICHAEL DEMOLET,**<br><br>      Plaintiff,<br><br>vs.<br><br>**PROGRESSIVE FINANCIAL SERVICES, INC.; and DOES 1 through 10, inclusive,**<br><br>      Defendant. | Case No. 1:13-cv-00337-JAW |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, MICHAEL DEMOLET, by counsel, and Defendant, PROGRESSIVE FINANCIAL SERVICES, INC., by counsel, hereby stipulate and agree that Plaintiff's action against PROGRESSIVE FINANCIAL SERVICES, INC.; and DOES 1 through 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees

DATED: November 6, 2013                    RESPECTFULLY SUBMITTED,

By: /s/ Douglas F. Jennings
Douglas F. Jennings, Esq.
Jennings Law Office
P.O. Box 161
One Weston Court STE 103B
Augusta, ME 04330-0161
Tel: (207) 623-1632
Fax: (207) 623-5138
dfjlaw@live.com
*Attorney for Plaintiff,*
*Michael Demolet*

By: /s/ Robert Edmond Mittel
Robert E. Mittel, Esq.
Andrew J. Kull, Esq.
MITTELASEN, LLC
85 Exchange Street
Portland, Maine 04101
(207) 775-3101
rmittel@mittelasen.com
*Attorneys for Defendant, Progressive Financial Services, Inc.*

## CERTIFICATE OF SERVICE

I, Douglas F. Jennings, hereby certify that on the date set out above, I electronically filed The STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

By: /s/ Douglas F. Jennings
Douglas F. Jennings, Esq.
